# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Efrain Reyes Knowles, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| vs. | ) | |
| Burleigh County Court House, et al., | ) | Case No.: 1:19-cv-262 |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 26th day of December, 2019.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court